1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 5:24-mj-00006-CDB
                                     )
12            *Plaintiff,*           )
                                     )
13  vs.                             )   **APPLICATION AND ORDER**
                                     )   **APPOINTING CJA PANEL COUNSEL**
14  JUSTIN DAMONTE MITCHELL,         )
                                     )
15            *Defendant,*           )
                                     )
16  _____)

17

18          Defendant Justin Damonte Mitchell, through the Federal Defender for the Eastern District

19  of California, hereby requests appointment of counsel. Our office has a conflict.

20          On February 14, 2024, a Complaint was issued in the above captioned case. Mr. Mitchell

21  had an initial appearance on the allegations in the Central District of California on February 22,

22  2024, where the court appointed counsel to represent him and ordered him released on

23  conditions. Mr. Mitchell is scheduled for an initial appearance in the Eastern District of

24  California on the pending Complaint, counsel is needed to facilitate his appearance on Thursday,

25  March 7, 2024.

26

27  ///

28  ///

Mr. Mitchell submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that the counsel be promptly appointed to assist in advance of Mr. Mitchell arraignment.

DATED: February 29, 2024                    _/s/ Eric V. Kersten_____
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Branch Chief, Fresno Office


**O R D E R**

Having satisfied the Court that the defendant Justin Damonte Mitchell is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 29, 2024**          _/s/ Barbara A. McAuliffe_____
                                        UNITED STATES MAGISTRATE JUDGE