MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Justin Damonte Mitchell

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>JUSTIN DAMONTE MITCHELL,<br><br>                     Defendants. | CASE NO. 1:24-CR-00054 NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND CONTESTED HEARING RE: PRETRIAL RELEASE VIOLATION; FINDINGS AND ORDER<br><br>DATE: April 8, 2024<br>TIME: 2:00 P.M.<br>JUDGE: TBD |

**STIPULATION**

COMES NOW, Defendant, Justin Damonte Mitchell, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status conference and contested hearing re: pretrial release violation on March 13, 2024, at 2:00 p.m.

2. By this stipulation, defendants now move to vacate the status hearing until **April 8, 2024, at 2:00 p.m.**, and to exclude time between the date of this stipulation under 18 U.S.C. §§

1

3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).  The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant set multiple preliminary hearings Kern County Superior Court prior to setting this matter.

b. Counsel is also scheduled for a sentencing hearing where in the defendant is charged with first degree murder and assault in the case of *People v. Perez, et al; BF176872A*.

c. Moreover, counsel has had a death in the family and anticipates the funeral to take place next week.

d. The government does not object to, and agrees with, the requested continuance. It is counsels' understanding that the pretrial services officer is aware of the continuance and has no objection to the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

DATED: March 12, 2024

                                              */s/ Monica L. Bermudez*
                                              MONICA L. BERMUDEZ
                                              Counsel for Defendant
                                              JUSTN DAMONTE MITCHELL

DATED: March 12, 2024

                                              */s/Karen Escobar*
                                              KAREN ESCOBAR
                                              Assistant United States Attorney

## O R D E R

The time period of the date of this order to April 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The matter is continued to April 8, 2024 at 2:00 pm.

IT IS SO ORDERED.

Dated:   **March 12, 2024**                                                 
                                                         UNITED STATES MAGISTRATE JUDGE

3