MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 "L" Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JUSTIN MITCHELL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JUSTIN DAMONTE MITCHELL<br><br>                    Defendants. | CASE NO. 1:24-CR-0054 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: February 9, 2026<br>TIME:  9:00 a.m.<br>Honorable Judge Thurston |

## STIPULATION

Justin Mitchell, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on February 9, 2026, at 9:00 a.m. before the Honorable Judge Thurston.

2. Counsel for Mr. Mitchell commenced jury trial in the Kern County Superior Court on December 3, 2025, in the matter of *People v. Jahquan Davenport, et al; BF191453B & BF192518A*.

3. This is a muti-defendant homicide trial and is expected to last until late February.

4. Counsel has not had an opportunity to review the draft PSI report submitted by the United

1

States Probation Department with Mr. Mitchell.

5. Due to Counsel's unavailability, Counsel requests additional time to thoroughly review the report with Mr. Mitchell to file possible objections and prepare a mitigation statement.

6. Counsel has spoken to AUSA Chan Hee Chu, and he has no objection.


**IT IS SO STIPULATED.**

DATED: January 13, 2026

                                  */s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
Justin Mitchell

ERIC GRANT
United States Attorney

DATED: January 13, 2026

                                  */s/Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney


# O R D E R

**IT IS SO ORDERED** that the sentencing hearing set on February 9, 2026, be continued to **March 16, 2026, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **January 14, 2026**

UNITED STATES DISTRICT JUDGE

2