MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JUSTIN DAMONTE MITCHELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JUSTIN DAMONTE MITCHELL,<br><br>                              Defendants. | CASE NO. 1:24-CR-00054-JLT-SKO<br><br>STIPULATION TO CONTINUE<br>SENTENCING; ORDER<br><br>SENTENCING: April 13, 2026<br>TIME:   9:00 a.m.<br>Honorable Judge Thurston |

**STIPULATION**

Justin Mitchell, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on March 16, 2026, before the Honorable Judge Thurston.

2. Counsel for Mr. Mitchell recently concluded a multi-defendant homicide trial in the matter of *People v. Jahquan Davenport, BF191453B* before the Honorable Judge Zulfa.

3. Counsel is requesting a continuance to finalize and file the sentencing memorandum for Mr. Mitchell.

4. Counsel has read and review the Presentence Investigation Report (PSR) and met with Mr.

1

Mitchell wherein he requested a hard copy of the PSI for re-review along with a copy of recorded phone calls and text messages intercepted by law enforcement.

5.   Counsel mailed the requested documents to Mr. Mitchell and is scheduled to meet with him upon receipt of the documents.

6. Counsel has spoken to AUSA Chan Chu, and he has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: March 10, 2026

 */s/ Monica L. Bermudez*
 MONICA L. BERMUDEZ
 Counsel for Defendant
 Justin Mitchell

DATED: March 10, 2026

 */s/ Chan Hee Chu*
 CHAN HEE CHU
 Assistant United States Attorney

# **O R D E R**

**IT IS SO ORDERED** the sentencing set on March16, 2026, be continued to **April 13, 2026, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **March 10, 2026**

UNITED STATES DISTRICT JUDGE

2