MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JUSTIN DAMONTE MITCHELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN DAMONTE MITCHELL,<br><br>Defendants. | CASE NO. 1:24-CR-00054-JLT-SKO<br><br>STIPULATION  AND [PROPOSED] ORDER TO CONTINUE SENTENCING<br><br>DATE:  April 13, 2026<br>TIME:   9:00 a.m. |

**STIPULATION**

Justin Mitchell, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on April 13, 2026.

2. Counsel spoke to Mr. Mitchell on Thursday, March 5, 2026, to review the final PSI.

3. Mr. Mitchell requested a copy of the audio recorded phone calls that are mentioned in the PSI.

4. My staff mailed a flash drive the same day to Mr. Mitchell.

5. On March 20, 2026, my office was informed Mr. Mitchell was transferred to the Taft Community Correctional Facility.

1

6. Mr. Mitchell could not review the recordings before he was transferred.

7. My staff inquired with the Taft Community Correctional Facility whether inmates can receive discovery in the form of a flash drive. We were informed the facility does not allow detainees to receive flash drives but allow discovery tablets to be delivered to the facility.

8. I spoke to Mr. Mitchell on Friday, March 27, 2026, and informed him of the situation. He stated he does not want to proceed with sentencing until he has listened to the recorded audio.

9. Counsel is in the process of setting up a meeting with Mr. Mitchell to go over those recordings in person.

10. Counsel has spoken to AUSA Chan Hee Chu, and he has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: April 3, 2026

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Justin Mitchell

DATED: April 3, 2026

/s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED** that the sentencing set on April 13, 2026, be vacated and reset to June 22, 2026.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

UNITED STATES DISTRICT JUDGE

2